951 A.2d 261

Ronald CLARK, Petitioner

v.

Jeffrey A. BEARD, Secretary of Corrections for the Pennsylvania Department of Corrections; Louis Folino, Superintendent of S.C.I. Greene; Frank Tennis, Superintendent of S.C.I. Rockview, Respondents.

Supreme Court of Pennsylvania.

June 23, 2008.

## *ORDER*

PER CURIAM.

**AND NOW,** this 23rd day of June, 2008, the Petition for Habeas Relief is **DENIED,** without prejudice, the Petition for a remand is also **DENIED.** Petitioner's Request for Permission to Respond to Respondent's Brief in Opposition and Application to File said Nunc Pro tunc is **DENIED.**

The Prothonotary is directed to refer the Petitions to The Federal Community Defender Office, Mr. Nolas, and Mr. Harris, as counsel for Petitioner.